# EXHIBIT No. 3

PHOTO A



# PHOTO B



# PHOTO  C

