# EXHIBIT No. 8



Department of Biomedical Engineering
School of Science and Engineering
Boggs Center, Suite 500
Tulane University
New Orleans, Louisiana 70118-5674

Donald P. Gaver, Ph.D.
Alden J. 'Doc' Laborde Professor and Department Chair
(504)865-5150
FAX: (504)862-8779
E-mail: donald.gaver@tulane.edu

February 16, 2013

I, Donald P. Gaver III, declare under penalty of perjury under the laws of the State of Louisiana as follows:

1. I am over the age of eighteen and make this declaration based upon my personal knowledge.

2. I am the Department Chairperson of the Biomedical Engineering Department at Tulane University. A copy of my curriculum vitae is attached to this declaration and incorporated herein by this reference.

3. I am familiar with the students enrolled in the Biomedical Engineering Doctoral Program at Tulane University.

4. Bradley Probst has not participated in the Biomedical Engineering Doctoral Program at Tulane University for more than eight (8) years.

5. Bradley Probst is not a current doctoral candidate in the Biomedical Engineering Program at Tulane University, nor has he been for several years.

Dated this 16th day of February, 2013.

Sincerely,

*[signature]*

Donald P. Gaver