# EXHIBIT No. 9

# Curtis Williams

| | |
|---|---|
| **From:** | Gaver, Donald P <dpg@tulane.edu> |
| **Sent:** | Monday, December 17, 2018 1:21 PM |
| **To:** | Curtis Williams |
| **Subject:** | Re: Biomedical Engineering Doctoral Program-Bradley Probst |

This attestation is still accurate.
Perhaps he listed himself as a candidate for a period of time (that has now expired)?
DPG


*******************************************
To make an appointment, please visit
http://doodle.com/dpgaver

Donald P. Gaver, Ph.D.
Alden J. 'Doc' Laborde Professor and Chair
Department of Biomedical Engineering
Tulane University
New Orleans, LA 70118
(504) 865-5150
dpg@tulane.edu

To learn about our PhD program in Bioinnovation, see
http://tulane.edu/bioinnovation-IGERT/



---

**From:** Curtis Williams <cwilliams@glpattorneys.com>
**Date:** Monday, December 17, 2018 at 3:19 PM
**To:** "Gaver, Donald P" <dpg@tulane.edu>
**Subject:** Biomedical Engineering Doctoral Program-Bradley Probst

Good Afternoon Mr. Gaver,

Are you able to tell me whether or not your attached declaration regarding Bradley Probst is still accurate? Apparently Mr. Probst is still listing himself as a PhD candidate.

Thank you very much for your assistance.

Sincerely,

 Curtis Williams
Litigation Paralegal
**GLP Attorneys, P.S., Inc.**
2601 Fourth Avenue, Floor 6, Seattle, Washington 98121
Direct: (206) 957-2509
Telephone: (206) 448-1992 Fax: (206) 448-4640
www.glpattorneys.com

This electronic transmission and any documents accompanying this electronic transmission are private and confidential and may contain information belonging to the sender that is protected by the attorney-client privilege. This information is intended solely for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this information is prohibited. If you have received this electronic transmission in error, please delete it and immediately notify us by telephone or email.